UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.10-20077-TP-UNGARO

UNITED STATES OF AMERICA

    Plaintiff,

v.

JORGE DEL SOL-HERNANDEZ,

    Defendant.
_____/

## ORDER ON MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon a Petition for Warrant or Summons for Offender Under Supervision ("Petition").  (D.E. 2.)  This matter was referred to Magistrate Judge Andrea M. Simonton, who, on September 20, 2010, issued a Report recommending that Defendant's supervised release be revoked.  The parties were afforded the opportunity to file objections to the Magistrate Judge's Report; however, none were filed.

THE COURT has considered the Petition and the pertinent portions of the record and is otherwise fully advised in the premises.

By way of background, the Petition sets forth two violations of mandatory conditions of Defendant's supervised release.  On June 22, 2010, Magistrate Judge Patrick White held a probable cause hearing and determined that probable cause had been established only as to the second violation.  Accordingly, Magistrate Judge Simonton recommends in her Report that Violation One of the Petition be dismissed without prejudice.

On July 30, 2010, Magistrate Judge Simonton conducted an evidentiary hearing.  Based on the testimony presented, Magistrate Judge Simonton finds that the Government established by

a preponderance of the evidence that Defendant committed Violation Two of the Petition; accordingly, Magistrate Judge Simonton recommends that Defendant's supervised release be revoked. Having conducted a *de novo* review of the record, it is hereby,

ORDERED AND ADJUDGED that the Magistrate Judge's Report is RATIFIED, ADOPTED, and AFFIRMED: Defendant's supervised release is revoked based on the Court's finding that he committed Violation Two of the Petition; Violation One is dismissed without prejudice. The Court will separately issue an order setting this matter for sentencing.

DONE and ORDERED in Chambers, at Miami, Florida this _12th___ day of October, 2010.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of record